# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| WILDEARTH GUARDIANS, ) ) Plaintiff ) ) v. ) ) R.J. KIRKPATRICK, INTERIM DIRECTOR OF THE NEW ) MEXICO DEPARTMENT OF GAME AND FISH, sued in ) his official capacity, and ) ) PAUL M. KIENZIE III, CHAIRMAN OF THE NEW ) MEXICO STATE GAME COMMISSION, sued in his ) official capacity, ) ) Defendants, ) ) and ) ) NEW MEXICO TRAPPERS ASSOCIATION, ET AL., ) ) Defendant-Intervenors, ) ) and ) ) ARIZONA GAME AND FISH COMMISSION, ) ) *Amicus Curiae*. ) | 1:12-cv-00118-LFG-KBM |

**NOTICE OF AGREED UPON EXTENSION OF DEADLINES**

Pursuant to D.N.M.LR-Civ. 7.4(a), Plaintiff WildEarth Guardians hereby notifies the Court that it has reached an agreement with Defendants R.J. Kirkpatrick and Paul M. Kienzie to extend the deadlines within which Plaintiff will respond to Defendants' Motion for Attorneys' Fees and Costs, Dkt. 101, and Defendants will reply to such response from Plaintiff.  By agreement of the parties, the extended deadlines are as follows:

- Plaintiff will respond to Defendants' Motion for Attorneys' Fees and Costs on or before May 12, 2014; and
- Defendants will reply to Plaintiff's response on or before June 2, 2014.

Respectfully submitted on April 24, 2014.

ANTONIO BATES BERNARD PROFESSIONAL CORPORATION

By:   *s/ Melissa Anne Hailey*
Melissa Anne Hailey
New Mexico State Bar No. 25817
Antonio Bates Bernard Professional Corporation
3200 Cherry Creek Drive South, Suite 380
Denver, Colorado 80209
Tel: (303) 733-3500
Fax: (303) 733-3555
mhailey@abblaw.com

*Counsel for Plaintiff WildEarth Guardians*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April 2014, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record as follows:

James Jay Tutchton, jtutchton@wildearthguardians.org, jtutchtintio@gmail.com;

Sean Olivas, so@keleher-law.com, mim@keleher-law.com;

Gary J. Van Luchene, gvl@keleher-law.com, kgr@keleher-law.com;

Michael G. Smith, kgr@keleher-law.com, mgs@keleher-law.com;

Karen Budd-Falen, karen@buddfalen.com;

Kathryn Joy Brack Morrow, kathryn@buddfalen.com, main@buddfalen.com, Melissa@buddfalen.com;

Laurence J. Lasoff, llasoff@kelleydrye.com;

Elizabeth C. Johnson, ejohnson@kelleydrye.com; and

Ira T. Kasdan, ikasdan@kelleydrye.com.

                                                  s/ Melissa Anne Hailey_____