**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | January 19, 2016 | Chris Wolpert<br>Chief Deputy Clerk |

Matthew (NMalb) Dykman
District of New Mexico- Albuquerque
Pete V. Domenici U.S. Courthouse
333 Lomas N.W., Suite 270
Albuquerque, NM 87102

**RE:**   15-2180, 15-2184, WildEarth Guardians v. Kienzle, et al
          Dist/Ag docket: 1:12-CV-00118-JCH-SCY

Dear Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court or agency shall file accordingly.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Melissa Anne Hailey
      Elizabeth Catherine Johnson
      Ira Thane Kasdan
      Laurence Jay Lasoff
      Sarah Kate McMillan
      Sean Olivas
      Matthias L. Sayer
      Bezalel Adin Stern

  James Jay Tutchton
  Gary J. Van Luchene

EAS/jm