## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

January 19, 2016

Chris Wolpert
Chief Deputy Clerk

Ms. Melissa Anne Hailey
Keating Wagner Polidori Free, P.C.
1290 Broadway, Suite 600
Denver, CO 80203

Mrs. Elizabeth Catherine Johnson
Kelley Drye & Warren
3050 K Street, NW, Suite 400
Washington, DC 20007-0000

Mr. Ira Thane Kasdan
Kelley Drye & Warren
3050 K Street, NW, Suite 400
Washington, DC 20007-0000

Mr. Laurence Jay Lasoff
Kelley Drye & Warren
3050 K Street, NW, Suite 400
Washington, DC 20007-0000

Ms. Sarah Kate McMillan
WildEarth Guardians
P.O. Box 7516
Missoula, MT 59807

Sean Olivas
Keleher & McLeod
P.O. Box AA
Albuquerque, NM 87103

Mr. Matthias L. Sayer
New Mexico Department of Game and Fish
One Wildlife Way
200 West 24th Street
Santa Fe, NM 87507

Mr. Bezalel Adin Stern
Kelley Drye & Warren
3050 K Street, NW, Suite 400
Washington, DC 20007-0000

Mr. James Jay Tutchton
WildEarth Guardians
6439 East Maplewood Avenue
Centennial, CO 80111

Mr. Gary J. Van Luchene
Keleher & McLeod
P.O. Box AA
Albuquerque, NM 87103

**RE:**   15-2180, 15-2184, WildEarth Guardians v. Kienzle, et al
Dist/Ag docket: 1:12-CV-00118-JCH-SCY

Dear Counsel:

Enclosed please find an order issued today by the court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

EAS/jm

FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

January 19, 2016

Elisabeth A. Shumaker
Clerk of Court

_____

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>    Plaintiff - Appellant/Cross-Appellee,<br><br>v.<br><br>PAUL M. KIENZLE, III, Chairman of the New Mexico State Game Commission, sued in his official capacity,<br><br>    Defendant - Appellee/Cross-Appellant,<br><br>and<br><br>ALEXANDRA SANDOVAL, Director of the New Mexico Department of Game and Fish, sued in her official capacity,<br><br>    Defendant. | Nos. 15-2180 & 15-2184<br>(D.C. No. 1:12-CV-00118-JCH-SCY) |

_____

**ORDER**
_____

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeals, these appeals are dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as

the mandate of the court.

                                        Entered for the Court

                                        ELISABETH A. SHUMAKER, Clerk